UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DONALD R. JOHNSON                                                                    CIVIL ACTION

VERSUS                                                                                       NUMBER: 06-9122

CORNEL HUBERT, WARDEN                                                        SECTION: "K"(5)

## O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, Donald R. Johnson, is **DISMISSED** with prejudice.

New Orleans, Louisiana, this   4th   day of December, 2008.

_____
Stanwood R. Duval, Jr.
United States District Judge